**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2400
FACSIMILE 714-668-2490

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com

Attorneys for Defendants, GREENPOINT MORTGAGE FUNDING, INC.
GREENPOINT FINANCIAL CORP., NORTH FORK BANCORPORATION, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE IMES,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., GREENPOINT FINANCIAL CORP., NORTH FORK BANCORPORATION, INC., and DOES 1-20, inclusive,<br><br>    Defendant. | Case No. C 05 4066 SI<br><br>[Assigned to The Honorable Susan Illston, Dept. 10]<br><br>Complaint Filed: October 7, 2005<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None Set |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

1. The Initial Case Management Conference, currently set for February 24, 2006, at 2:00 p.m., before the Hon. Susan Illston in Department 10, is continued to March 10, 2006, at 2:00 p.m., in Department 10.

/ / /

/ / /

/ / /

/ / /

/ / /

461924.1

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: January 25, 2006    MUSICK, PEELER & GARRETT LLP |
| 3 | |
| 4 | By: _____ |
| 5 | David M. Lester |
| 6 | Attorneys for Defendants, GREENPOINT MORTGAGE FUNDING, INC. GREENPOINT FINANCIAL CORP., NORTH FORK BANCORPORATION, INC. |
| 7 | |
| 8 | DATED: January 25, 2006    BEYERS COSTIN |
| 9 | |
| 10 | By: _____ |
| 11 | Stephen Perry, Attorneys for Plaintiff, RENEE IMES |
| 12 | |
| 13 | IT IS SO ORDERED |
| 14 | DATED: January ____, 2006 |

[Signature: Susan Illston]