STEPHEN PERRY (CSB NO. 213223)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, CA 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Plaintiff RENEE IMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE IMES,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br>GREENPOINT FINANCIAL CORP.,<br>NORTH FORK BANCORPORATION, INC., and<br>DOES 1- 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 05-04066 SI<br><br>STIPULATION AND ORDER FOR DISMISSAL |

The parties hereby stipulate that this matter is hereby dismissed with prejudice by the plaintiff.

Pursuant to a settlement, all parties are bearing their own costs and fees.

BEYERS | COSTIN

Dated: May 5, 2006

_____
Stephen Perry
Counsel for Plaintiff

1
STIPULATION AND ORDER FOR DISMISSAL

G:\5335\Pleadings\Dismissal.DOC

|   |   |
|---|---|
| | Musick, Peeler & Garrett, LLP |
| Dated: 5/11/06 | /s/ David Lester |
| | David Lester |
| | Counsel for Defendants |

### [PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. This claim is hereby dismissed with prejudice.
2. All parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE